| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

JEROME HARRIS MITCHELL, §
§
    Petitioner, §
§
versus §    CIVIL ACTION H-10-5167
§
RICK THALER, §
§
    Respondent. §

## Order of Adoption

On February 3, 2011, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (5). Mitchell filed objections (6). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Mitchell's petition is denied as time-barred. A certificate of appealability will not issue.

Signed _March 7_, 2011, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge